```
 FLMAS    531.01  *          INMATE HISTORY              *    03-25-2021
 PAGE 002           *            QUARTERS                *      16:08:42

 REG NO..: 08083-007 NAME....: BLAKE, ALPHONSO
 CATEGORY: QTR       FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
COP    Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD 09-03-2019 1423 09-03-2019 1527
COP    Z01-109LAD  HOUSE Z/RANGE 01/BED 109L AD 08-30-2019 1209 09-03-2019 1423
COP    Z04-134LAD  HOUSE Z/RANGE 04/BED 134L AD 08-29-2019 1958 08-30-2019 1209
COP    Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD 08-28-2019 1446 08-29-2019 1958
COP    H01-107U    HOUSE H/RANGE 01/BED 107U    07-17-2019 1418 08-28-2019 1446
COP    X01-102LH   HOUSE X/RANGE 01/BED 102L H  07-16-2019 1432 07-17-2019 1418
COP    H01-107U    HOUSE H/RANGE 01/BED 107U    03-26-2019 1902 07-16-2019 1432
COP    R01-101L    HOUSE R/RANGE 01/BED 101L    03-26-2019 1517 03-26-2019 1902
OKL    Z03-167UAD  HOUSE Z/RANGE 03/BED 167U AD 03-15-2019 2047 03-26-2019 0730
OKL    R01-001L    HOUSE R/RANGE 01/BED 001L    03-15-2019 1740 03-15-2019 2047
FLM    R01-001L    HOUSE R/RANGE 01/BED 001L    03-15-2019 0432 03-15-2019 0455
FLM    C02-203L    HOUSE C/RANGE 02/BED 203L    01-23-2019 0844 03-15-2019 0432
FLM    C02-209L    HOUSE C/RANGE 02/BED 209L    01-20-2019 2324 01-23-2019 0844
FLM    C01-001L    HOUSE C/RANGE 01/BED 001L    01-18-2019 1218 01-20-2019 2324
FLM    D01-001L    HOUSE D/RANGE 01/BED 001L    01-17-2019 1704 01-18-2019 1218
FLM    F02-204L    HOUSE F/RANGE 02/BED 204L    12-21-2018 2024 01-17-2019 1704
FLM    F02-207L    HOUSE F/RANGE 02/BED 207L    12-05-2018 1527 12-21-2018 2024
FLM    C01-109L    HOUSE C/RANGE 01/BED 109L    11-15-2018 2014 12-05-2018 1527
FLM    C01-001L    HOUSE C/RANGE 01/BED 001L    11-08-2018 1349 11-15-2018 2014
FLM    C01-109L    HOUSE C/RANGE 01/BED 109L    10-27-2018 2334 11-08-2018 1349
FLM    C01-001L    HOUSE C/RANGE 01/BED 001L    10-18-2018 1111 10-27-2018 2334
FLM    J01-102L    HOUSE J/RANGE 01/BED 102L    07-12-2018 1827 10-18-2018 1111
FLM    G05-102L    HOUSE G/RANGE 05/BED 102L    06-29-2018 2115 07-12-2018 1827
FLM    G05-103L    HOUSE G/RANGE 05/BED 103L    05-30-2018 2113 06-29-2018 2115
FLM    G04-205L    HOUSE G/RANGE 04/BED 205L    05-28-2018 2114 05-30-2018 2113
FLM    G05-104L    HOUSE G/RANGE 05/BED 104L    04-29-2018 1923 05-28-2018 2114
FLM    G05-106L    HOUSE G/RANGE 05/BED 106L    03-29-2018 2049 04-29-2018 1923
FLM    G05-108L    HOUSE G/RANGE 05/BED 108L    02-27-2018 1906 03-29-2018 2049
FLM    G05-101L    HOUSE G/RANGE 05/BED 101L    01-28-2018 2030 02-27-2018 1906
FLM    G01-001L    HOUSE G/RANGE 01/BED 001L    01-25-2018 1558 01-28-2018 2030
FLM    G05-102L    HOUSE G/RANGE 05/BED 102L    12-28-2017 2157 01-25-2018 1558
FLM    G05-104L    HOUSE G/RANGE 05/BED 104L    12-03-2017 1813 12-28-2017 2157
FLM    G05-108L    HOUSE G/RANGE 05/BED 108L    11-03-2017 0824 12-03-2017 1813
FLM    G05-101L    HOUSE G/RANGE 05/BED 101L    07-18-2017 1141 11-03-2017 0824
FLM    G05-106L    HOUSE G/RANGE 05/BED 106L    07-18-2017 0708 07-18-2017 1141
FLM    G05-107L    HOUSE G/RANGE 05/BED 107L    05-18-2017 0838 07-18-2017 0708
FLM    C05-106L    HOUSE C/RANGE 05/BED 106L    04-18-2017 1403 05-18-2017 0838
FLM    C13-040L    HOUSE C/RANGE 13/BED 040L    04-14-2017 1734 04-18-2017 1403
FLM    G01-001L    HOUSE G/RANGE 01/BED 001L    04-14-2017 1659 04-14-2017 1734
FLM    G05-107L    HOUSE G/RANGE 05/BED 107L    04-11-2017 0846 04-14-2017 1659
FLM    G05-108L    HOUSE G/RANGE 05/BED 108L    01-17-2017 0923 04-11-2017 0846




G0002        MORE PAGES TO FOLLOW . . .
```

CONFIDENTIAL

USA_000855