```
 FLMCJ  535.03 *              INMATE PROFILE              *      06-18-2019
PAGE 001                                                         09:40:18
         08083-007             REG
REGNO: 08083-007                  FUNCTION: PRT DOB/AGE.: ████████ / 41
NAME.: BLAKE, ALPHONSO                         R/S/ETH.: B/M/O    WALSH: NO
RSP..: COP-COLEMAN I USP                       MILEAGE.: 752 MILES
PHONE: 352-689-6000        FAX: 352-689-6012
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE    FBI NO..: ██████████
 PROJ REL DATE..: 01-30-2029                   INS NO..: N/A
 PAR ELIG DATE..: N/A                          SSN.....: ████████
 PAR HEAR DATE..:                  PSYCH: YES  DETAINER: NO    CMC..: YES
OFFN/CHG RMKS: 22-2403 MURDER W/ARMED 30Y+5Y SR;22,3204(A)(1) CPWOL 8 YRS CC
OFFN/CHG RMKS: 22-3204(B)POS F/A W/VIOL  F6367-00  TIE: 30 YEARS + 5 YRS SR
    FACL CATEGORY   - - - - -  CURRENT ASSIGNMENT - - - - - - EFF DATE  TIME
```



```
G0002       MORE PAGES TO FOLLOW . . .
```

CONFIDENTIAL

```
FLMCJ  535.03 *              INMATE PROFILE              *     06-18-2019
PAGE 002 OF 002                                               09:40:18
          08083-007             REG
REGNO: 08083-007            FUNCTION: PRT DOB/AGE.: ████████ / 41
NAME.: BLAKE, ALPHONSO                  R/S/ETH.: B/M/O    WALSH: NO
RSP..: COP-COLEMAN I USP                MILEAGE.: 752 MILES
PHONE: 352-689-6000     FAX: 352-689-6012
 FACL CATEGORY  - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
```

| | |
|---|---|
| ASSAULT-CORRECTIONAL STAFF | 07-09-2006 0958 |
| ASSAULT-POLICE OFFICERS/AGENTS | 01-01-2003 1634 |
| HISTORY DEFEATING RESTRAINTS | 11-12-2010 1949 |

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

CONFIDENTIAL

USA_000322